IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DINORA QUINONES o/b/o L.C. | : | |
| Plaintiff, | | CIVIL ACTION |
| | : | NO. 14-2753 |
| v. | | |
| CAROLYN COLVIN, Acting Commissioner of Social Security | : | |
| Defendant. | | |

# ORDER

AND NOW, this 23rd day of February, 2016, upon careful and independent consideration of the administrative record, Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response, and Plaintiff's Reply thereto (Doc. Nos. 9-11), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 13), it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and

3. The decision of the Commissioner is REVERSED for purposes of this remand only.

BY THE COURT:

/s/ C. Darnell Jones, II       J.